


**FORM A**

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Jamie A. Green Jr.

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

Louisville Metro Government

Dwayne Clarke

Officer Bullock

Officer C. Fox

Officer Thomas

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:22 CV 33 BJB
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

### I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jamie A. Green Jr.

Place of Confinement: LMDC Jail

Address: 400 South 6th Street Louisville Ky, 40202

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Dwayne Clarke_ is employed as _Director_ at _LMDC Jail 400 S. 6th Street louisville Ky 40202_.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(2) Defendant _Officer Bullock_ is employed as _Officer_ at _LMDC Jail 400 S. 6th Street louisville Ky 40202_.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(3) Defendant _Officer C. Fox_ is employed as _Officer_ at _LMDC Jail 400 S. 6th Street louisville Ky 40202_.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(4) Defendant _Officer Thomas_ is employed as _Officer_ at _LMDC Jail 400 S. 6th Street louisville Ky 40202_.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(5) Defendant _Louisville Metro Government_ is employed as _Louisville Metro Government_ at _526 W. Jefferson Str. Suite 600_.

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On the Date 1·09·22 between 6:30pm - 7:00pm, on my Scheduled hour out, Sometime went by and officer Bullock came and told me to get off the phone. I then asked was it okay if i could finish my call. Ms Bullock then said she wasn't going to argue and to get off the phone before she Sprayed me with her pepper Spray. I Asked to speak with Srg. Mulder who was working our Floor. He came in dorm 9 which was where i was housed and asked me how much time i had on my call, then said i could finish. Ms bullock still said i had 30 seconds to get off the phone. I became upset and hit the tv that was in the Day room area. Other officers were called. One officer put his can of Pepper Spray in my face and i moved it and was then Rushed by officer Thomas. At this time i was then maced at hit and punched by multiple officers and was hit with a Radio over 10 times. Also medical came and they Refused to take me to the hospital,

## III. STATEMENT OF CLAIM(S) continued

Days passed I Requested to go to the hospital due to a Severe headace and dizzyness and was denied by Nurse Hailey and Sort C/o Gardner on The Date 1·11·22 Second Shift Pill Call.

This is Cruel and unusal punishment, Neglect, Pain and Suffering, extreme emotional Detress, Deliverate indifference to Serious medical needs and Safety, Humiliation due to urinating on myself As Officers attacked me, excessive Force due to being beaten in the head several times with a Radio which is not in Officers trainning handbook.

5

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ $2,000,000.00

____ grant injunctive relief by_____

____ award punitive damages in the amount of $_____

____ other: _____

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 18 day of January, 2022.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 1-18-22.

_____
(Signature)

6

Jamie Green
#589010
LMDC
400 S. 6th Street
Louisville, Ky 40202

LOUISVILLE KY 400
20 JAN 2022 PM 1 L



Clerk of The Court
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, Ky 40202

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
22 JAN 21 PM 4:12

40202-222731

